USCA1 Opinion

 

 July 12, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1163 No. 96-1164 ALFRED A. GALLANT, II, Plaintiff, Appellant, v. MAINE STATE PRISON, ET AL., Defendants, Appellees. ____________________ APPEALS FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Francis J. Boyle, Senior U.S. District Judge]* __________________________  ___________________ No. 96-1617 ALFRED A. GALLANT, JR., Plaintiff, Appellant, v. FRANCIS J. BOYLE, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, Jr., U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Alfred A. Gallant, II on briefs pro se. _____________________ Andrew Ketterer, Attorney General, and Christopher C. Leighton, ________________ ________________________ Assistant Attorney General, on brief for appellees Maine State Prison, et al. ____________________ ____________________  ____________________ *Of the District of Rhode Island, sitting by designation. Per Curiam. In Nos. 96-1163 and 96-1164, the judgments __________ are affirmed substantially for the reasons recited by the ________ district court in its January 16, 1996 decision. See Loc. R. ___ 27.1. We add only that the amended complaint also falters by failing to draw a sufficient link between the wrongs allegedly suffered by plaintiff and the actions of the named defendants. The motions to proceed in forma pauperis on ___________________ appeal and for appointment of counsel are denied. The motion ______ for recusal of Chief Judge Torruella is denied as moot.  ______ In No. 96-1617, the judgment is affirmed substantially ________ for the reasons recited by the magistrate-judge in his April 15, 1996 report, which the district court subsequently adopted. See Loc. R. 27.1. ___ So ordered. __________ -3-